**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**DOCKET NO. 5:14cr24**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MICHAEL WAYNE JENKINS, JR** | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this

Court, hereby grants the Government's Motion To Dismiss, the above-captioned Bill of

Indictment as to Defendant, MICHAEL WAYNE JENKINS, JR., without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S.

Marshall Service, and the United States Attorney's Office.

Signed: September 2, 2014

Richard L. Voorhees
United States District Judge